

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca Stacy, Individually and on behalf of All ofthers Similarly Situated; Margaret McKenna, Individually and on behalf of All Others Similarly Situated **Plaintiff,** v. Renewable Energy Center, LLC dba American Pro Energy; West Coast Center, LLC, dba Green World Pro; Ori Bytton; Imane Bytton, aka Imane Bytton aka Imane Haddada; Yossi Ohayon **Defendant.** | Civil Action No. 17-cv-0755-CAB-WVG<br><br>**DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiffs' motion for default judgment is Granted. The Clerk of Court shall enter Judgment as follows: In favor of Plaintiff Rebecca Stacy and against Defendants, jointly and severally, for $3,000; In favor of Plaintiff Margaret McKenna and against Defendants, jointly and severally, for $1,500; and Costs of $900 are taxed against Defendants, jointly and severally, and in favor of Plaintiffs. It Is So Ordered.

Date: 2/28/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ J. Gutierrez

J. Gutierrez, Deputy